18354. Complete Auto Transit, Inc. *v.* Thompson, *et al.*

Duckworth, Chief Justice. This case, being a plain suit for damages and involving also a question of subrogation under Code (Ann. Supp.) § 114-403 (Ga. L. 1922, pp. 185, 186; 1937, pp. 528, 530), as interpreted by later court decisions, comes within the jurisdiction of the Court of Appeals and not the Supreme Court. Code (Ann.) §§ 2-3704, 2-3708. Accordingly, it must be

*Transferred to the Court of Appeals. All the Justices concur.*

Argued September 15, 1953—Decided October 14, 1953—Rehearing denied November 12, 1953.

T. *Elton Drake, John M. Williams, George A. Durden*, for plaintiff in error.

*Lovejoy & 'Mayer, Walter D. Sanders, Lipford & Stripling*, contra.